# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134615

TODD BENJAMIN WHITE,
      Petitioner-Appellant,

v

                                                    SC: 134615
                                                    COA: 276010
                                                    Washtenaw CC: 06-001391-AL

SECRETARY OF STATE,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 28, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2007                               _____

d1217                                                     Clerk